IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:02-CR-106 |
| ) | Judge Phillips |
| MICHAEL JONATHAN HARRIS ) | |

## AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Michael Jonathan Harris, and the defendant admits that he has violated his supervised release. An agreement has been reached between the parties, recommending that Mr. Harris' supervised release should be revoked and that he should receive a sentence of six (6) months incarceration followed by a period of twenty-four (24) months of supervised released.

Mr. Harris agrees to waive his right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive his right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The parties agree that the violations committed by the defendant are "Grade C" violations. The defendant's criminal history category is IV. The advisory guideline range is 6-12 months which the Court has carefully considered. There is a statutory maximum of two (2) years imprisonment which the Court has also considered.

The Court feels that the recommended sentence is sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. §3553(a). Specifically, the Court finds that the defendant has failed to report to the probation officer on at least 4 occasions and has been convicted of leaving the scene of an accident with property damage and received a fine of $50 and a 30 day suspended sentence. He surrendered to the police one hour after the accident and immediately reported the arrest to the U.S. Probation Officer.

IT IS HEREBY ORDERED, therefore, that Michael Jonathan Harris' supervised release is revoked and he is sentenced to a term of imprisonment of six (6) months, to be followed by twenty-four (24) months of supervised release. While on supervised release, Michael Jonathan Harris will be subject to the standard conditions of supervised release adopted by this court and all previously ordered special conditions.

ENTER this 20th day of June, 2007.

*Thomas H. Phillips*
United States District Judge

APPROVED FOR ENTRY:

_____
J. Edgar Schmutzer
Assistant U.S. Attorney


_____
Kim A. Tollison
Attorney for Defendant


_____
Michael Jonathan Harris
Defendant


_____
C.W. Covert, Jr.
U.S. Probation Officer